Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39030. The State of Ohio, appellant v. George Rotar et al., appellees. Stark County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39031. Ignatius Cusumano, appellee v. Beverages, Inc., appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39082. George W. Johnson v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner released from custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39094. Howard Dale Foston v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39101. Edward D. Gifford v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39107. Wayne A. Smith v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39009. Frances M. Muckerheide, Admx., appellee v. H. William Zink et al., appellants. Hamilton County. Dismissed on application of appellants.

39030. The State of Ohio, appellant v. George Rotar et al., appellees. Stark County. For leave to appeal. Overruled.

39033. Emil Bretz, appellee v. Louis R. Mayer, appellant. Cuyahoga County. Dismissed for want of prosecution.

39176. The State, ex rel. Forrest P. Moore, appellee v. Board of Elections for Hocking County et al., appellants. Hocking County. Dismissed on application of appellants.

38975. The State of Ohio, appellee v. Robert E. Neckar, appellant. Marion County. Application for rehearing allowed and motion for leave to appeal allowed.

38980 and 38981. Brown & Fay, Inc., appellee v. Anderson Hills Shopping Center, Inc.; Herman Weiss et al., appellants. Hamilton County. Rehearing denied.